**Leo Stoller, Defendant/Counter-Plaintiff**
**7115 W. North Avenue, #272**
**Oak Park, Illinois, 60302**
**(312) 545-4554**
**Ldms4@hotmail.com**

X FILED ___ LODGED
___ RECEIVED ___ COPY
JUN 14 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JP MORGAN CHASE BANK, N.A., AS TRUSTEE FOR HOLDERS OF SAMI II TRUST 2006,AR7, | Judge Frederick J. Martone |
| Plaintiff, | |
| v. | |
| RAE RIBADENERIA<br>LEO STOLLER (JOHN DOE) | |
| Defendants. | Case No: CIV 11 0982 PHX |
| LEO STOLLER | |
| Defendant/Counter-Plaintiff | |
| v. | |
| BANK OF NEW YORK MELLON TRUST CO., A financial institution, ROBERT P. KELLY, individually and in his official capacity, GERALD L. HASSELL, individually and in his official capacity, THOMAS P. GIBBONS, individually and in his official capacity, CARL KRASIK, individually and in his official capacity, BANK OF AMERICA, A financial institution, WALTER E. MASSEY, individually and in his official capacity, JOE PRICE, individually and in his official capacity, BRIAN T. MOYNIHAN, individually and in his official capacity, RECONSTRUCT COMPANY, N.A., THE LAW FIRM OF MILES, BAUER, BERGSTROM & WINTERS LLP., et. al., individually and in their official capacities., and JOHN DOES 1 - 10. | **MOTION TO STAY** |
| Plaintiff/Cross-Defendants. | |

**NOW COMES** the Defendant/Counter-Plaintiff, Leo Stoller and moves the court as follows:

1. On May 17, 2011 Leo Stoller filed a Notice of Removal of Arizona State Court cv-2010-094820 to Federal Court, which is now Case No. 11-cv-00982.

2. Notwithstanding, the State Trial Court set a trial date for July 28, 2011 at 3:30 p.m. (*See* attached).

3. Stoller is requesting that this Court enter an Order staying the trial date because now the trial court has no jurisdiction since that case has been transferred to Federal Court.

WHEREFORE, the Defendant/Counter-Plaintiff prays that this Court issue a Stay of the trial date in State Court.

Respectfully submitted,

Leo Stoller

Leo Stoller Defendant/Cross-Plaintiff
Mailing Address:
7115 W. North Avenue #272
Oak Park, IL 60302
(312) 545-4554

**DECLARATION**

The undersigned, Leo Stoller, declares that he is authorized to execute this document on his behalf, that all statements made of his own knowledge are true and all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code. The documents attached are true and correct copies

Leo Stoller

Leo Stoller

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2011, I served the foregoing Motion to Stay by First Class Mail in an envelope addressed to:

**Jeremy T. Bergstrom, Esq.**
**Steven E. Stern, Esq.**
**MILES BAUER, BERGSTROM & WINTERS LLP**
**2200 Paseo Verde Parkway, Suite 250**
**Henderson, NV 89052**

Leo Stoller

Subscribed and sworn to before me
this 10th day of June 2011.

______________________________
Notary Public

Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
05/20/2011 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2010-094820 05/18/2011

COMMISSIONER KIRBY KONGABLE

CLERK OF THE COURT
A. Sedillo
Deputy

BANK OF NEW YORK MELLON, THE

JEREMY T BERGSTROM

v.

RAE RIBADENEIRA

RAE RIBADENEIRA
10632 E BLUE SKY RD
SCOTTSDALE AZ 85262
ALICE VACEK ARANDA

LEO STOLLER
7115 W NORTH AVE 272
OAK PARK IL 60302
DAVID G HEBERT

MINUTE ENTRY

Courtroom 303 – SEA

2:43 p.m. This is the time set for Forcible Detainer Trial. Counsel, David Hebert, appears for Jeremy T. Bergstrom on behalf of Plaintiff The Bank of New York Mellon. No one else appears.

A record of the proceedings is made by audio and/or videotape in lieu of a court reporter.

Mr. Hebert addresses the Court and provides a status update. Mr. Hebert advises the Court that it appears Mr. Stoeller may have filed a Notice of Removal in the United States District Court.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2010-094820

05/18/2011

Discussion is held.

The Court notes it has not received any of the motions mailed to Plaintiff's counsel and therefore cannot issue any rulings at this time.

**IT IS ORDERED** re-setting the Trial in this matter to **July 28, 2011 at 3:30 p.m. (30 minutes)**, before Commissioner Bernard Owens, Courtroom 303, 222 E. Javelina Ave., Mesa, AZ 85210.

**THE COURT NOTES** notice has been provided as a courtesy to Leo Stoeller. The Court notes this is the second notice to Mr. Stoeller. If Leo Stoeller would like to continue to receive future minute entries, he may file a Demand for Notice and pay the required $26.00 fee.

2:59 p.m. Matter concludes.

All parties representing themselves must keep the Court updated with address changes. A form may be downloaded at: http://www.superiorcourt.maricopa.gov/SuperiorCourt/Self-ServiceCenter.

**PLEASE NOTE:** This Court utilizes a digital audio recording system to preserve the official record of proceedings. Persons requesting copies of recorded proceedings do not have to provide blank CDs. All CDs will be provided by the Court, regardless of when the copies are made. A fee of $20.00 will apply to all copies requested, either on the day of the hearing or for hearings recorded on an earlier date. Counsel or litigants must complete the appropriate request form which may be obtained from the Self-Service Center or from Court staff and present the completed form to the Self-Service Center. All fees must be handled through the Self-Service Center. Upon payment of the appropriate fees through the Self-Service Center, a receipt will be issued which shall then be presented to Court staff for preparation of the CD.

**ALERT:** eFiling through AZTurboCourt.gov is mandatory in civil cases for attorney-filed documents effective May 1, 2011. See Arizona Supreme Court Administrative Orders 2010-117 and 2011-010. The Court may impose sanctions against counsel to ensure compliance with this requirement after May 1, 2011.